UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAVENDISH FARMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| PRIME POULTRY CORP. and, ERIC TALCOFSKY, individually; SUSAN TALCOFSKY-AGUIAR, individually; and RUTH TALCOFSKY, individually, | ) |
| Defendants. | ) |

**COMPLAINT**

For its complaint, Plaintiff respectfully states as follows:

THE PARTIES

1. Cavendish Farms, Inc. (the "Plaintiff") has offices in Diappe, N.B., Canada.

2. Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

3. Defendants are:

a) Prime Poultry Corp., (the "Company"), an entity engaged in the business of buying or selling produce in wholesale quantities; and

b) Eric Talcofsky, individually ("Eric Talcofsky");

c) Susan Talcofsky-Aguiar, individually ("Talcofsky-Aguiar")

d) Ruth Talcofsky, individually ("Ruth Talcofsky").

Eric Talcofsky, Talcofsky-Aguiar, and Ruth Talcofsky are collectively referred to herein as the "Principals". The Company and the Principals are collectively referred to herein as the "Defendants".

## JURISDICTION AND VENUE

4. The District Court has jurisdiction over this civil action arising under § 5(c)(5) of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t (the "PACA"), pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over Plaintiff's other claims pursuant to 28 U.S.C. § 1367(a).

5. Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district and a substantial part of the property that is the subject of this action is situated in this district.

## FACTUAL ALLEGATIONS

6. Plaintiff sold to the Company, and Company purchased from Plaintiff, Produce having a principal value in the current amount of $23,376.88.

7. The Produce identified above was sold pursuant to the invoices attached hereto as Group Exhibit A.

8. The Company received from the Plaintiff each of the invoices included in Group Exhibit A.

9. The Company received and accepted the Produce identified in the invoices attached as Group Exhibit A in Brooklyn, New York.

10. The Company failed to pay for this Produce despite repeated written demands.

11. The Plaintiff is an unpaid supplier or seller of Produce having sold Produce to the Company for which it remains unpaid.

12. The Plaintiff operates its business under a valid PACA license issued by the United States Department of Agriculture.

13. Pursuant to 7 U.S.C. § 499e(c), the Plaintiff is a beneficiary of a statutory trust res designed as a fund from which it can be assured payment. The trust became effective at the time the Defendants first began accepting shipments of Produce.

## COUNT I.

### ENFORCEMENT OF THE PACA TRUST
### 7 U.S.C. § 499e(c)(4)

### COMPANY and PRINCIPAL

14. Plaintiff realleges paragraphs 1 through 13.

15. The Defendants are in possession, custody and control of PACA trust assets for the benefit of Plaintiff and other similarly situated PACA trust beneficiaries.

16. The Defendants failed to pay Plaintiff from the PACA trust assets for the shipments of Produce referenced in paragraph 7.

17. The Defendants failed to maintain sufficient trust assets to fully satisfy all qualified PACA trust claims such as the Plaintiff's unpaid claims asserted in this action.

18. As a direct result of the Defendants' failure to properly protect the PACA trust assets from dissipation, Plaintiff suffered damages which are covered under the PACA trust in the current amount of $23,376.88.

19. Plaintiff seeks the entry of an Order directing the Defendants to immediately turn over to the Plaintiff, as beneficiaries of this trust, an amount of the PACA trust res equal to the sum of $23,376.88, plus further interest, costs and attorneys' fees.

## COUNT II.

### BREACH OF CONTRACT

### COMPANY

20. Plaintiff realleges paragraphs 1 through 13.

21. Plaintiff and the Company entered into contracts under which Plaintiff agreed to sell the Produce and Company agreed to purchase the Produce, each of which are referenced in paragraph 7 above.

22. The Defendants failed to pay for each shipment of Produce in the aggregate amount of $23,376.88.

23. Plaintiff seeks entry of an Order directing the Company to immediately pay the current sum of $23,376.88, plus further interest, attorney's fees and costs to the Plaintiff.

## COUNT III.

### BREACH OF FIDUCIARY DUTY TO PACA TRUST BENEFICIARIES

### PRINCIPALS

24. Plaintiff realleges paragraphs 1 through 13.

25. At all times relevant to this action, the Principals were the officers and persons in charge of all aspects of the Company's business undertakings.

26. At all times relevant to this action, the Principals were persons engaged in the business of buying or selling Produce in wholesale quantities.

27. The Principals controlled and managed the Company's operations.

28. The Principals controlled the Company's financial dealings, including those involving the PACA trust assets.

4

29. The Principals had full knowledge and responsibility for the handling of the Company's PACA trust undertakings.

30. As the officers of the Company, the Principals were the statutory trustees of Plaintiff's PACA trust assets and were required to maintain the trust assets in such a manner as to ensure there were, at all times, sufficient trusts assets to satisfy all outstanding PACA trust obligations such as that owed to Plaintiff.

31. Because Plaintiff's invoices have not been paid from PACA trust assets as its bills fell due, Plaintiff has reason to believe the Principals dissipated the PACA trust or transferred trust assets to entities having claims which are subordinate to the Plaintiff's claims to the detriment of the Plaintiff and all other equally-situated and properly-qualified PACA trust beneficiaries.

32. The Principals continue to hold any and all PACA Trust assets having come into their individual possession as trustees for Plaintiff's beneficial interest in the PACA Trust.

33. The Principals are personally liable to Plaintiff, which liability is joint and several with one another, the Company and any third parties having received any PACA trust assets with actual or constructive notice of the breach of the PACA Trust, for the dissipation of the PACA trust to the extent of $23,376.88, plus further interest, costs and attorneys' fees, to be satisfied from the Principals' personal assets.

**FOR THESE REASONS,** Plaintiff seeks the entry of an Order providing as follows:

A) Declaring the Defendants to be holding the above described PACA trust assets as Trustees for the sole and exclusive benefit of Plaintiff and other qualified PACA trust beneficiaries;

5

B) As to Count I, directing the Defendants to assign, transfer, deliver and turn over to Plaintiff, or a designated escrow agent, all of the above-described PACA trust assets sufficient to allow liquidation of such assets to the extent necessary to replenish the PACA trust to a sufficient level to satisfy Plaintiff's PACA trust claim;

C) As to Count I, entering a Final Judgment in favor of Plaintiff and against the Company in the current amount of $23,376.88, plus further interest, costs and attorneys' fees, less any actual recovery on other Counts herein;

D) As to Count II, entering a Final Judgment in favor of Plaintiff and against the Defendants in the current amount of $23,376.88, plus further interest, costs and attorneys' fees, less any actual recovery on other Counts herein;

E) As to Count III, entering a final judgment in favor of Plaintiff and against the Principal, for a breach of his fiduciary duties to the PACA trust, in the current amount of $23,376.88, plus further interest, costs and attorneys' fees, less any actual recovery on other Counts herein; and

F)   Providing such other and further relief as the Court deems appropriate upon consideration of this matter.

Respectfully submitted,

CAVENDISH FARMS, INC.

Feb. 9, 2005

By: _____
One of Its Attorneys

Paula Bonnell (BBO # 049180)
PAULA BONNELL PROFESSIONAL CORPORATION (PBPC")
50 Congress Street, Suite 840
Boston, Massachusetts 02109
Tel: 617/367-5990

Of Counsel:
Mary E. Gardner (#MG5314)
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
E-mail: gardner@pacatrust.com

7

## PACA TRUST CHART

Claimant: Cavendish Farms  
Date: 02/09/05

Debtor: Prime Poultry Corp  
Terms: Net 10 + 1.5% int. per month + collection costs per contract

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | ACCRUED INTEREST* | TRANSACTION TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 295213 RI | 12/17/04 | 12/27/04 | 12/17/04 | 0 | $ 13,425.50 | $ 201.38 | $ 13,626.88 | $ 13,626.88 |
| **Collection costs | | | | | | | | $ 9,750.00 |
| TOTALS | | | | | $ 13,425.50 | $ 201.38 | $ 13,626.88 | $ 23,376.88 |

*Interest calculated through the date set forth above  
**Collection costs calculated through the date set forth above

Page 1



LES FERMES
**CAVENDISH**
FARMS ®

Cavendish Farms Operations Inc
5 Burlington Mall Rd
Burlington, MA
U.S.A.
1803

TELEPHONE: (506) 858-7777
FAX: (506) 858-7708

VIA  400  MIDLAND TRANSPORT LTD

PRIME POULTRY
24 CHESTERTON STREET
BOSTON MA 02119

SHIP TO:
PRIME POULTRY
24 CHESTERTON STREET
BOSTON MA 02119

| INVOICE DATE | DISCOUNT DATE | INVOICE NO | PAGE |
|---|---|---|---|
| 12/17/04 | 12/27/04 | 295213 RI | 1 |

| CUSTOMER NUMBER | LOAD NO | OUR REF NO | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 18681 | EO166 | 347704 SZ | 552 | 2%10 NET 11 DAYS FROM INV |

| CUSTOMER ORDER NUMBER | DATE OF RELEASE | F.O.B. | TRAILER NUMBER |
|---|---|---|---|
| 28900 | 12/17/04 | | 954172 / 0002559 |

| PRODUCT CODE | DESCRIPTION | SHIPPED | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 56210 10011 | COUNTY FAIR SHOESTRING 6X4.5LB<br>Net Price | 60 | 1620 | 7.70<br>7.70 | 462.00 |
| 56210 10004 | COUNTY FAIR REGULAR S/C 6X5LB<br>Net Price | 70 | 2100 | 8.25<br>8.25 | 577.50 |
| 56210 10006 | COUNTY FAIR 1/2 CR/C 6X5LB<br>Net Price | 70 | 2100 | 8.25<br>8.25 | 577.50 |
| 56210 10004 | COUNTY FAIR REGULAR S/C 6X5LB<br>Net Price | 530 | 15900 | 8.25<br>8.25 | 4,372.50 |
| 56210 10006 | COUNTY FAIR 1/2 CR/C 6X5LB<br>Net Price | 80 | 2400 | 8.25<br>8.25 | 660.00 |
| 56210 10013 | COUNTY FAIR STEAK CUT 6X5LB<br>Net Price | 70 | 2100 | 8.55<br>8.55 | 598.50 |
| 56210 41318 | CAV STEAK CUT 12X24OZ<br>Net Price | 10 | 180 | 8.83<br>8.83 | 88.30 |
| 56210 32004 | DOUBLE R REGULAR S/C 6X5LB<br>Net Price | 70 | 2100 | 8.85<br>8.85 | 619.50 |
| 56210 32006 | DOUBLE R 1/2 CR/C 6X5LB<br>Net Price | 280 | 8400 | 9.30<br>9.30 | 2,604.00 |
| 56210 80122 | CAV S/C 12X32OZ<br>Net Price | 5 | 120 | 11.81<br>11.81 | 59.05 |
| 56210 83122 | CAV CR/C 12X32OZ<br>Net Price | 10 | 240 | 11.81<br>11.81 | 118.10 |
| 56210 80122 | CAV S/C 12X32OZ<br>Net Price | 5 | 120 | 11.81<br>11.81 | 59.05 |

**TOTAL**

AUDIT COPY

US FUNDS

Payment must be mailed to remit to address on or before discount date.

Gross Weight

Discount Amount

Amount Due After Discount

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Tax I.D. No.   04--2218456
Social Security
GST / TPS   89836-7743



# LES FERMES CAVENDISH FARMS ®

| INVOICE DATE | DISCOUNT DATE | INVOICE NO | PAGE |
|---|---|---|---|
| 12/17/04 | 12/27/04 | 295213 RI | 2 |

Cavendish Farms Operations Inc
25 Burlington Mall Rd
Burlington, MA
U.S.A.
01803

TELEPHONE: (506) 858-7777
FAX: (506) 858-7708

VIA  400   MIDLAND TRANSPORT LTD

PRIME POULTRY
24 CHESTERTON STREET
BOSTON MA 02119

SHIP TO:
PRIME POULTRY
24 CHESTERTON STREET
BOSTON MA 02119

| CUSTOMER NUMBER | LOAD NO | OUR REF NO | SALESMAN NO. | TERMS |
|---|---|---|---|---|
| 18681 | EO166 | 347704 SZ | 552 | 2%10 NET 11 DAYS FROM INV |

| CUSTOMER ORDER NUMBER | DATE OF RELEASE | F.O.B. | TRAILER NUMBER |
|---|---|---|---|
| 28900 | 12/17/04 | | 954172 / 0002559 |

| PRODUCT CODE | DESCRIPTION | SHIPPED | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 56210 05301 | CAV 3/8 S/C CLEAR COAT 6X4.5LB<br>Net Price | 70 | 1690 | 12.51<br>12.51 | 875.70 |
| 56210 35106 | CAV POTATO PATTIES US 24X10CT<br>Net Price | 20 | 674 | 18.14<br>18.14 | 362.80 |
| | Freight / Pick Up Charge<br>Net Price | | | 1,391.00<br>1,391.00 | 1,391.00 |

PLEASE REMIT IN US FUNDS TO:
Cavendish Farms Inc
P.O. Box 711892
Cincinnati, Ohio
45271-1892

Interest shall accrue on any past-due account
balance at the rate of 1.5% per month
(18% per annum)
In the event collection action becomes necessary
Buyer agrees to pay all costs of collection,
including attorneys' fees

| | TOTAL | 1350 | 39944 | | 13,425.50 |
|---|---|---|---|---|---|
| AUDIT COPY | Payment must be mailed to remit to address on or before discount date. | Gross Weight | 42315 | Discount Amount | 240.70 |
| US FUNDS | | | | Amount Due After Discount | 13,184.80 |

All Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Tax I.D. No.   04-2218456
Social Security
GST / TPS   89836-7743



**BILL OF LADING**    QO-501897

10

| Ship to / Envoye A | Sold To / Vendu A | Selling Company | Shipping Company |
|---|---|---|---|
| PRIME POULTRY<br>24 CHESTERTON STREET<br>BOSTON, MA 02119 | PRIME POULTRY<br>24 CHESTERTON STREET<br>BOSTON, MA 02119 | Cavendish Farms Operations Inc.<br>25 Burlington Mall Road<br>Burlington, MA<br>01803 | Cavendish Farms<br>100 Midland Drive<br>Dieppe NB<br>E1A 6X4 |

Freight Charge Terms (freight charges are prepaid unless marked otherwise)

| Name of Carrier | Probill # | | |
|---|---|---|---|
| MIDLAND TRANSPORT LTD | | Prepaid | |
| | | Fob / Collection sont frets payes | X |
| | | 3rd Party / 3ieme partie | |

| Delivery Date<br>Date de Livraison | Cavendish Order No.<br>No. de la Commande | Customer PO. No.<br>No. Comm. du Client | Order Date<br>Day/Jr. Mo. YR/AN | Load / Drop | Trailer No.<br>No. de Remorque | Seal No.<br>No. de ruban a sceller |
|---|---|---|---|---|---|---|
| 20-12-2004 | SZ00347704 | 28900 | 08-12-2004 | EO166 /1 | 954172 | 0002559 |

| Ordered<br>Commande | Shipped<br>Envoye | Release from<br>Libere de Dist. | Product UPC Code<br>Code de Production | Description of Articles and Special Marks<br>Description des Articles et Marques Particulieres | Weight (subject to Correction) / Poids (a moins d'etre indique) |
|---|---|---|---|---|---|
| 70 | 70 | Moncton | NB 56210 05301 | CAV. CLEAR COAT S/C 3/8 6/4.5 | 1995.00 |
| 600 | 600 | Moncton | NB 56210 10004 | COUNTY FAIR REG. S/C 6/5 | 19050.00 |
| 150 | 150 | Moncton | NB 56210 10006 | COUNTY FAIR 1/2 CR/C 6/5 | 4762.50 |
| 60 | 60 | Moncton | NB 56210 10011 | COUNTY FAIR SHOESTRING 6/4.5 | 1710.00 |
| 70 | 70 | Moncton | NB 56210 10013 | COUNTY FAIR STEAK CUT 6/5 | 2222.50 |
| 70 | 70 | Moncton | NB 56210 32004 | REG. CUT DOUBLE R | 2222.50 |
| 280 | 280 | Moncton | NB 56210 32006 | DOUBLE R 1/2 CR/CUT 6/5 | 8890.00 |
| 20 | 20 | Moncton | NB 56210 35106 | CAV. HASHBROWN PATTIES 24/10 | 760.00 |
| 10 | 10 | Moncton | NB 56210 41318 | CAV. STEAK CUT FRIES 12/24 OZ | 192.50 |
| 10 | 10 | Moncton | NB 56210 80122 | CAV. S/C FRIES 12/32 OZ | 255.00 |
| 10 | 10 | Moncton | NB 56210 83122 | CAV. C/C FRIES 12/32 OZ | 255.00 |

PRIME POULTRY CORP

DEC 20 2004

TOTAL CASES REC. 1350
RECEIVED BY _____

MIDLAND    DESTINATION    PCS/MORCEAUX

1730495-7   PREPRINT

| Total Number of Pieces<br>Nombre Total de Paquets | Pallet In<br>Palette Entree | Pallet Out<br>Palette Sortie | Total Gross Weight<br>Poids Total |
|---|---|---|---|
| 1350 | 0 | 20 | 42315.00 |

Ship Date: 17-12-2004

Note: Frozen Food Products Temperature Must be Kept at Zero Degrees F. or Lower
Attention: Produits congeles. Garder la temperature a un minimum de 0 degre F.

Shippers Signature / Date<br>Signature de l'expediteur / Date

Carriers Signature / Date<br>Signature Voiturier / Date

Shortages at TIME OF DELIVERY, driver to call 1(800) 561-7945

**IMPORTANT: ALL Exceptions, Damages, Shortages at TIME OF DELIVERY**

Property described above is received in good order, except as noted.
La marchandise decrite au-dessus est recue en bonne condition, sauf pour remarquer.

DELIVERY INFORMATION
De Livraison

| Delivery Date<br>Date de Livraison | Delivery Time<br>Heure | Cases Received<br>Caisses Recues | Cases Damaged<br>Caisses Endommagees | Cases Shorted<br>A Cours de Caisses | Cases Over<br>Caisses Suppl. |
|---|---|---|---|---|---|
| | | | | | |

Consignee Signature / Date