UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAVENDISH FARMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 05-10267 |
| | ) |
| PRIME POULTRY CORP. and, ERIC | ) |
| TALCOFSKY, individually; SUSAN | ) |
| TALCOFSKY-AGUIAR, individually; | ) |
| and RUTH TALCOFSKY, individually, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF MARY E. GARDNER
## TO PRACTICE, *Pro Hac Vice*

I, Paula Bonnell, a member of the bar of this Honorable Court, request admission *pro hac vice* before this Honorable Court, pursuant to Local Rule 83.5.3, of Mary E. Gardner, a member in good standing of the bar in the State of Illinois and of the bar in the United States District Court for the Northern District of Illinois, to represent the plaintiff Cavendish Farms, Inc. ("Plaintiff") in the above matter. In support of this motion Mary E. Gardner has executed the attached affidavit.

The proper fee of $50 is paid by the enclosed check.

Dated: February 8, 2005

                                                Respectfully submitted,

                                                CAVENDISH FARMS, INC.

                                                By: _____
                                                      One of its Attorneys

Paula Bonnell (BBO # 049180)
PAULA BONNELL PROFESSIONAL CORPORATION (PBPC")
50 Congress Street, Suite 840
Boston, Massachusetts 02109
Tel: 617/367-5990

2

<u>Of Counsel:</u>
Mary E. Gardner (#MG5314)
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
E-mail: gardner@pacatrust.com