UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAVENDISH FARMS, INC.,                )
                                      )   05-10267 WGY
                        Plaintiff,    )
                                      )
v.                                    )   Case No.
                                      )
PRIME POULTRY CORP. and, ERIC         )
TALCOFSKY, individually; SUSAN        )
TALCOFSKY-AGUIAR, individually;       )
and RUTH TALCOFSKY, individually,     )
                                      )
                        Defendants.   )

## AFFIDAVIT OF MARY E. GARDNER
## IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Mary E. Gardner, on oath depose and say as follows:

1. I am an associate at the law firm of Keaton & Associates P.C., Suite 903, 1278 West Northwest Highway, Palatine, Illinois 60067, which has been retained to represent Cavendish Farms, Inc., a creditor in the above-referenced case.

2. I am duly admitted to practice law in the State of Illinois and have been so admitted since 1985.

3. I am an attorney in good standing in the State of Illinois and I have no disciplinary action pending against me. I have never been reprimanded, suspended or placed on inactive status. Further, I have never been disbarred, have never resigned from the practice of law, nor been disciplined by any court.

4. I am a member of the bars of :

| U.S. District Courts: | Date Admitted |
|---|---|
| Northern District of Illinois | December 19, 1985 |
| Eastern District of Michigan | September 23, 2002 |

| U.S. Courts of Appeals: | |
|---|---|
| Seventh Circuit | May 14, 1993 |

4

5.	On a previous occasion I have been admitted as attorney *pro hac vice* in the United States Bankruptcy Court for the District of Massachusetts on another matter.

6.	I have familiarized myself with the Local Rules for the United States District Court for the District of Massachusetts and intend to abide by such local rules of practice.

**I declare, under penalty of perjury, as set forth in 28 U.S.C. § 1746, and to the best of my knowledge, the foregoing to be true and correct.**

Date: February 8, 2005

_____
Mary E. Gardner