UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

CAVENDISH FARMS, INC.,              )
                                    )
        Plaintiff                   )
                                    )
    v.                              )   Case No. 05-cv-10267-WGY
                                    )
PRIME POULTRY CORP. and ERIC        )
TALCOFSKY, individually; SUSAN      )
TALCOFSKY-AGUIAR, individually;     )
and RUTH TALCOFSKY, individually,   )
                                    )
        Defendants                  )

CERTIFICATE OF SERVICE

    I hereby certify that on this day I served 1) the PLAINTIFF'S MOTION FOR ENTRY OF ORDER ESTABLISHING PACA CLAIMS PROCEDURE with attached Exhibit A: PROPOSED ORDER ESTABLISHING PACA CLAIMS PROCEDURE, and Exhibit B: proposed VERIFIED PACA PROOF OF CLAIM, and 2) PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO ESTABLISH PACA CLAIMS PROCEDURE on the Defendants by first-class mail, postage prepaid, at the following addresses:

Prime Poultry Corp.
24 Chesterton Street
Boston, MA   02119

Ms. Susan Talcofsky-Aguiar
83 Sargent Road
Swampscott, MA   01907

Mr. Norman Talcofsky, Agent
Prime Poultry Corp.
424 Puritan Road
Swampscott, MA   01907

Mr. Eric Talcofsky
50 Calloupes Point Road
Swampscott, MA   01907

Ms. Ruth Talcofsky
424 Puritan Road
Swampscott, MA   01907

Feb. 14, 2005

_____
Paula Bonnell
PBPC
Suite 840
50 Congress Street
Boston, MA   02109

CavnPACA.Prm\ClmsMtn.CoS