AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS (Eastern Division)**

CAVENDISH FARMS, INC.,
Plaintiff

v.

PRIME POULTRY CORP. and ERIC TALCOFSKY, individually; SUSAN TALCOFSKY-AGUIAR, individually; and RUTH TALCOFSKY, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10267 WGY

TO: (Name and address of Defendant)

PRIME POULTRY CORP.
24 Chesterton Street
Boston, Massachusetts 02119

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Bannell, Esq.
PBPC
50 Congress St., Suite 840
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

February 9, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | FEB 15, 2005 |
| NAME OF SERVER (PRINT) FRED W. MACDONALD | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: 424 PURITAN RD SWAMPSCOTT

☒ * F.W.M. Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: RUTH TALCOFSKY

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB 15, 2005    Fred W. MacDonald
                Date              Signature of Server

ROSLINDALE, 02131
P.O. BOX 151
Address of Server

☆ defendant's
address of the registered agent, Norman Talcofsky
of 424 Puritan Road, Swampscott, Mass. by leaving
it at that address

Fred M. MacDonald

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS (Eastern Division)

CAVENDISH FARMS, INC.,
Plaintiff

v.

PRIME POULTRY CORP. and ERIC TALCOFSKY, individually, SUSAN TALCOFSKY-AGUIAR, individually, and RUTH TALCOFSKY, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10267 WGY

TO: (Name and address of Defendant)

PRIME POULTRY CORP.
24 Chesterton Street
Boston, Massachusetts 02119

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Bennell, Esq.
PBPC
50 Congress St., Suite 840
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: February 03, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | FEB. 25, 2005 |
| NAME OF SERVER (PRINT) FRED W. MACDONALD | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 25 CHESTERTON ST
    FWM
    ROXBURY MA 02119

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: SUSAN TALCOFSKY-AGUIAR

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL $12.00 | SERVICES 45.00 | TOTAL 57.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB. 25, 2005    Fred W. MacDonald
            Date              Signature of Server

P.O. BOX 151, ROSLINDALE 02131
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.