AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS (Eastern Division)**

CAVENDISH FARMS, INC., Plaintiff

v.

PRIME POULTRY CORP. and ERIC TALCOFSKY, individually; SUSAN TALCOFSKY-AGUIAR, individually; and RUTH TALCOFSKY, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10267 WGY

TO: (Name and address of Defendant)

ERIC TALCOFSKY
50 Galloupes Point Road
Swampscott, MA 01907

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Bannell, Esq.
PBPC
50 Congress St., Suite 840
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS — February 9, 2005
CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | FEB. 16, 2005 |
| NAME OF SERVER (PRINT) FRED W. MACDONALD | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CLARA FONSEC, HOUSEKEEPER

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 46.00 | SERVICES 45.00 | TOTAL 91.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB. 16, 2005        Fred W. Macdonald
            Date                  Signature of Server

P.O. Box 151, Roslindale 02131
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.