AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS (Eastern Division)

CAVENDISH FARMS, INC.,
Plaintiff

V.

PRIME POULTRY CORP. and ERIC TALCOFSKY, individually; SUSAN TALCOFSKY-AGUIAR, individually; and RUTH TALCOFSKY, individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10267 WGY

TO: (Name and address of Defendant)

SUSAN TALCOFSKY-AGUIAR
83 Sargent Road
Swampscott, MA 01907

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Bannell, Esq.
PBPC
50 Congress St., Suite 840
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]
(By) DEPUTY CLERK

February 9, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | FEB 25 2005 |
| NAME OF SERVER (PRINT) FRED MACDONALD | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third-party~~ defendant. Place where served: 25 CHESTERTON ST. ROXBURY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SUSAN TALCOFSKY-AGUIAR

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $219.00 | $45.00 | $264.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB. 25, 2005   Fred W. MacDonald
           Date              Signature of Server

P.O. BOX 154, ROSLINDALE 02131
Address of Server

ONE TRIP TO 24 CHESTERTON ST ROXBURY 12.00
3 TRIPS TO SWAMPSCOTT 46 MILES EACH TRIP $1.00 PER MILE 138.00
ONE ADDITIONAL TRIP TO 24 CHESTERTON ST
SHE WOULD NOT SEE ME.
FINALLY SERVED HER AT 25 CHESTERTON ST.
AFTER WAITING 45 MINUTES IN THE
PRESENCE OF HER HUSBAND & JOHN KEHOE    12.00

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.