UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

CAVENDISH FARMS, INC.,　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　v.　　　　　　　　　　　　　　　　）　　Case No. 05-cv-10267-WGY
　　　　　　　　　　　　　　　　　　　）
PRIME POULTRY CORP. and ERIC　　　　）
TALCOFSKY, individually; SUSAN　　　 ）
TALCOFSKY-AGUIAR, individually;　　　）
and RUTH TALCOFSKY, individually.　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）

STIPULATION BY PLAINTIFF CAVENDISH FARMS, INC.
& DEFENDANT ERIC TALCOFSKY
FOR EXTENSION OF TIME
FOR ERIC TALCOFSKY'S TIME TO ANSWER COMPLAINT

　　　　Plaintiff Cavendish Farms, Inc. ("Cavendish") and individual defendant Eric Talcofsky ("Mr. Talcofsky") hereby stipulate and agree as follows:

　　　　1.　Cavendish commenced this case by filing its complaint with the court on February 9, 2005. Thereafter Cavendish at the request of Mr. Talcofsky agreed to a two-week extension of time for Mr. Talcofsky to serve his answer.

　　　　2.　The agreed extension set out in ¶1 above ends Monday March 21, 2005.

　　　　3.　Cavendish and Mr. Talcofsky hereby further stipulate and agree that if Mr. Talcofsky serves his answer or other response permitted by applicable law on or before Monday April 11, 2005,

Cavendish waives any objection that Mr. Talcofsky's response is untimely and agrees to treat such response as timely.

Dated: March 21, 2005

        CAVENDISH FARMS, INC.
        By one of its attorneys,

        */s/ Paula Bonnell*

        Paula Bonnell (BBO #049180)
        PBPC
        50 Congress Street, Suite 840
        Boston, MA 02109
        Telephone: (617) 367-5990

        <u>Of Counsel:</u>
        Mary E. Gardner (#MG5314)
        KEATON & ASSOCIATES, P.C.
        1278 W Northwest Hwy., Suite 903
        Palatine, IL 60067
        Telephone: (847) 934-6500
        E-mail: gardner@pacatrust.com

        ERIC TALCOFSKY
        By his attorney,

        */s/ Michael C. Gilleran*

        Michael C. Gilleran
        BBO #192210
        Pepe & Hazard LLP
        225 Franklin Street, 16th Floor
        Boston, MA 02110
        Telephone: (617) 748-5511

CavPACA.Plm\XtdEricT.stp