UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAVENDISH FARMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PRIME POULTRY CORP. and<br>ERIC TALCOFSKY, individually;<br>SUSAN TALCOFSKY-AGUIAR,<br>Individually; and<br>RUTH TALCOFSKY, individually,<br><br>Defendants. | CIVIL NO.: 05-CV-10267-WGY |

## NOTICE OF APPEARANCE

The undersigned hereby appears on behalf of Defendant Eric Talcofsky in the above action.

ERIC TALCOFSKY,

By its attorney,

/s/
Michael C. Gilleran, Esq. (BBO. 192210)
PEPE & HAZARD, LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 748-5500

Dated: March 21, 2005

MCG/31981/4/566991v1
03/21/05-BOS/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following counsel first-class mail, postage pre-paid, on March 21, 2005.

| | |
|---|---|
| Paula Bonnell, Esq.<br>PBPC<br>50 Congress Street, Suite 840<br>Boston, MA 02109 | Mary E. Gardner, Esq.<br>Keaton & Associates<br>1278 W. Northwest Hwy. Suite 903<br>Palatine, IL 60067 |

/s/ _____
Michael C. Gilleran