UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

|  |  |  |
|---|---|---|
| CAVENDISH FARMS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. .: 05-CV-10267-WGY |
| PRIME POULTRY CORP., and ERIC TALCOFSKY, Individually; SUSAN TALCOFSKY-AGUIAR, Individually; and RUTH TALCOFSK, Individually, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |

## STIPULATION BY PLAINTIFF CAVENDISH FARMS, INC. & DEFENDANT ERIC TALCOFSKY FOR EXTENSION OF TIME FOR ERIC TALCOFSKY'S TIME TO ANSWER COMPLAINT

Plaintiff Cavendish Farms, Inc. ("Cavendish") and individual defendant Eric Talcofsky ("Mr. Talcofsky") hereby stipulate and agree as follows:

1. Cavendish commenced this case by filing its complaint with the court on February 9, 2005. Thereafter Cavendish at the request of Mr. Talcofsky agreed to two consecutive two-week extension of time for Mr. Talcofsky to serve his answer.

2. The agreed second extension set out in ¶1 above ends April 11, 2005.

3. Cavendish and Mr. Talcofsky hereby further stipulate and agree that if Mr. Talcofsky serves his answer or other response permitted by applicable law on or before

MCG/31981/7/567536v1
04/11/05-BOS/

Monday, April 25, 2005. Cavendish waives any objection that Mr. Talcofsky's response is untimely and agrees to treat such response as timely.

Dated: April 11, 2005

        CAVENDISH FARMS, INC.,
        By one of its attorneys,


        /s/ Paula Bonnell /s/ Michael C. Gilleran
        Paula Bonnell (BBO # 049180)
        PAULA BONNELL
        PROFESSIONAL CORPORATION
        ("PBPC")
        50 Congress Street, Suite 840
        Boston, MA 02109
        Tel: (617) 367-5990

        Of Counsel:
        Mary E. Gardner (#MG5314)
        KEATON & ASSOCIATES, P.C.
        1278 w. Northwest Hwy., Suite 903
        Palatine, Illinois 60067

        Eric Talcofsky
        By its attorney,


        /s/ Michael C. Gilleran
        Michael C. Gilleran, (BBO #192210)
        Pepe & Hazard LLP
        225 Franklin Street, 16th Floor
        Boston, Massachusetts 02110
        Tel: (617) 748-5500