UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| CAVENDISH FARMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PRIME POULTRY CORP., and ERIC TALCOFSKY, Individually; SUSAN TALCOFSKY-AGUIAR, Individually; and RUTH TALCOFSKY, Individually,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No.: 05-CV-10267-WGY |

## UNOPPOSED MOTION OF ERIC TALCOFSKY TO EXTEND TIME TO ANSWER COMPLAINT

Individual defendant Eric Talcofsky ("Mr. Talcofsky") hereby moves this Court

to further extend the time to file an answer in this matter based upon the attached

Stipulation.

Dated: April 25, 2005

Eric Talcofsky
By its attorney,


 /s/ Michael C. Gilleran
Michael C. Gilleran, (BBO #192210)
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110
Tel: (617) 748-5500

—

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

CAVENDISH FARMS, INC.,                    )
                                          )
                Plaintiff                 )
                                          )
        v.                                )        Case No. 05-cv-10267-WGY
                                          )
PRIME POULTRY CORP. and ERIC              )
TALCOFSKY, individually; SUSAN            )
TALCOFSKY-AGUIAR, individually;           )
and RUTH TALCOFSKY, individually,         )
                                          )
                Defendants                )
                                          )
                                          )

STIPULATION BY PLAINTIFF CAVENDISH FARMS, INC.
& DEFENDANT ERIC TALCOFSKY
FOR FURTHER EXTENSION OF TIME
FOR ERIC TALCOFSKY TO ANSWER COMPLAINT

Plaintiff Cavendish Farms, Inc. ("Cavendish") and individual defendant Eric Talcofsky ("Mr. Talcofsky") hereby stipulate and agree as follows:

1.    Cavendish commenced this case by filing its complaint with the court on February 9, 2005. Thereafter Cavendish at the request of Mr. Talcofsky agreed to three two-week extensions of time for Mr. Talcofsky to serve his answer.

2.    The third agreed extension set out in ¶1 above ends Monday April 25, 2005. Both Cavendish and Mr. Talcofsky currently expect that the issues in the case to be resolved by the parties in the near future.

3.    Cavendish and Mr. Talcofsky hereby further stipulate and agree that if Mr. Talcofsky serves his answer or other response

permitted by applicable law on or before Monday May 9, 2005, Cavendish waives any objection that Mr. Talcofsky's response is untimely and agrees to treat such response as timely.

Dated: April 25, 2005

CAVENDISH FARMS, INC.
By one of its attorneys,

Paula Bonnell (BBO #049180)
PBPC
50 Congress Street, Suite 840
Boston, MA 02109
Telephone: (617) 367-5990

Of Counsel:
Mary E. Gardner (#MG5314)
KEATON & ASSOCIATES, P.C.
1278 W Northwest Hwy., Suite 903
Palatine, IL 60067
Telephone: (847) 934-6500
E-mail: gardner@pacatrust.com

ERIC TALCOFSKY
By his attorney,

Michael C. Gilleran
BBO #192210
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 748-5511

CavnPACA.Prm\Xtd4ET.stp

2