UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAVENDISH FARMS, INC., )<br>          Plaintiff, )<br>)<br>v. )<br>PRIME POULTRY CORP. and, ERIC )<br>TALCOFSKY, individually; SUSAN )<br>TALCOFSKY-AGUIAR, individually; )<br>and RUTH TALCOFSKY, individually, )<br>)<br>          Defendants. ) | Case No. 05 CV 10267 WGY |

### NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE
### AS TO ALL DEFENDANTS

The Plaintiff, Cavendish Farms, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, provides notice that the above-entitled cause of action is hereby dismissed with prejudice as against all defendants, Prime Poultry Corp. and, Eric Talcofsky, individually; Susan Talcofsky-Aguiar, individually; and Ruth Talcofsky, individually. Pursuant to Rule 41(a), the dismissal with prejudice of this action shall take effect upon the filing of this Notice of Dismissal, without further notice and without order of Court.

Dated: April 29, 2005.

Respectfully submitted,

CAVENDISH FARMS, INC.

By: _____
One of Its Attorneys

Paula Bonnell (BBO # 049180)
PAULA BONNELL PROFESSIONAL CORPORATION (PBPC")
50 Congress Street, Suite 840
Boston, Massachusetts 02109
Tel: 617/367-5990

Of Counsel:
Mary E. Gardner (#MG5314)
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500